355 P.2d 681

**Delmer G. DOBY, Petitioner,**

v.

**Wayne COLLINS, Bert Ballard, John F. Conway, A. B. Chavez and Manuel N. Brown, Respondents.**

**No. 6823.**

Supreme Court of New Mexico.

July 29, 1960.

Ordered that the petition for free process be and the same is hereby granted; and

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied.

355 P.2d 681

**Bruce H. MILLER, Petitioner,**

v.

**STATE SUPREME COURT of New Mexico, Respondent.**

**No. 6764.**

Supreme Court of New Mexico.

Aug. 16, 1960.

Ordered that the petition for writ of mandamus herein be and the same is hereby denied.